IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| D.G., by and through LOIDY TANG as Next Friend, individually and on behalf of a class, | ) ) ) ) |
| Plaintiff, | ) Case No. 1:11-cv-599 ) Honorable Charles P. Kocoras |
| v. | ) ) |
| WILLIAM W. SIEGEL & ASSOCIATES, ATTORNEYS AT LAW, LLC, | ) ) ) |
| Defendant. | ) |

**UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY**

Alexander H. Burke, and Burke Law Offices, LLC, respectfully request that this Court permit them to withdraw as attorneys for plaintiff D.G. by and through Loidy Tang.

In support of this motion, movants state:

1. Plaintiff, D.G. by and through Loidy Tang has terminated representation of the undersigned, Alexander H. Burke and Burke Law Offices, LLC.

2. Although this matter has been dismissed without prejudice, movant is formally requesting to withdraw, anyway, in case there is any subsequent litigation that happens in the case.

3. Plaintiff is still represented in this matter by Curtis Warner, and Warner Law Firm, LLC, which has been counsel of record throughout the entire case and actively litigated the case from the beginning.

4. Defense counsel has indicated that defendant has no objection to this motion.

WHEREFORE, Alexander H. Burke, and Burke Law Offices, LLC, respectfully request that this Court permit them to withdraw as attorneys for plaintiff D.G. by and through Loidy Tang.

Respectfully submitted,

/s/Alexander H. Burke

Alexander H. Burke
**BURKE LAW OFFICES, LLC**
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com