**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| D.G., by and through LOIDY TANG as Next Friend, individually and on behalf of a class, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:11-cv-599<br>Honorable Charles P. Kocoras |
| v. | ) ) | |
| WILLIAM W. SIEGEL & ASSOCIATES, ATTORNEYS AT LAW, LLC, | ) ) ) | |
| Defendant. | ) | |

To:

    ECF Counsel of Record.

    You are hereby notified that plaintiff has filed **Unopposed Motion for Leave to Withdraw as Attorney** and will appear on **November 22, 2011 at 9:30 am** in front of **Judge Kocoras** in **Courtroom 1719** of the Everett McKinley Dirksen Building, United States Courthouse 219 South Dearborn Street, Chicago, IL 60604 to present such to the Court.

                                                  /s/Alexander H. Burke

Alexander H. Burke

**BURKE LAW OFFICES, LLC**

155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com

**CERTIFICATE OF SERVICE**

    I, Alexander H. Burke, hereby certify that this Motion and Notice of Motion were served upon counsel of record through the ECF system for the Northern District of Illinois.

                                                  /s/Alexander H. Burke