Print Message

**Request**

From: Loidy Tang <loidyv@yahoo.com>
To: ABurke@BurkeLawLLC.com <ABurke@BurkeLawLLC.com>
Date: November 16, 2011 10:50:23 AM

Mr. Burke,

Please accept this email as a written request to ask you to withdraw from counsel on my Enhanced Recovery Corp. (ERC) case. Also, I ask that you please refrain from taking any further action on the ERC case and/or any other cases I have pending.

Respectfully,

Loidy Tang