# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | |
|---|---|
| D.G. <br> *Plaintiff* <br> v. <br> William W. Siegel & Associates <br> *Defendant* | Civil Action No. 11 C 599 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: This cause is hereby dismissed with prejudice. All matters in controversy having been resolved, final judgment of dismissal with prejudice is entered.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by Judge Charles P. Kocoras on a motion to enforce terms of an settlement.

Date: 29 Nov 2011

Michael W. Dobbins, Clerk of Court

/s/ Stephen C. Tokoph
Deputy Clerk